PROB 12B
(7/93)

# United States District Court

для the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 31 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Brian Keith Wilson               Case Number: 2:03CR00186-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 04/30/2004              Type of Supervision: Supervised Release

Original Offense: Transportation of Stolen Firearms, 18 U.S.C. § 922(I); Receipt, Possession and Disposition of Stolen Firearms, 18 U.S.C. § 922(j)    Date Supervision Commenced: 03/04/2005

Original Sentence: Prison - 15 months;             Date Supervision Expires: 03/03/2008
TSR - 36 months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer.

20    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

### CAUSE

**Special Condition #16:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the probation officer.

**Violation #1:** Brian Wilson is considered in violation of his supervised release in the Eastern District of Washington by failing to submit to urinalysis testing on August 19, 2005.

**Violation #2:** Brian Wilson is considered in violation of his supervised release in the Eastern District of Washington by using a controlled substance, amphetamines, on/or about August 22, 2005.

On August 22, 2005, Mr. Wilson was directed to report to the probation office based on his failure to appear for urinalysis testing as required on Friday, August 19, 2005. On August 22, 2005, Mr. Wilson advised he failed to submit to urinalysis testing on August 19, 2005, because he was confused about whether his testing color had been changed, thereby, absolving him from urinalysis testing for that required date. However, when Mr. Wilson reported on August 22, 2005, he submitted to a urinalysis test which tested presumptively positive for amphetamines. The sample was subsequently sent to Quest Diagnostic Laboratories for confirmatory testing.

Mr. Wilson advised that on August 20, 2005, he had become so intoxicated by alcohol that he did not remember if he ingested illicit substances. He indicated he may have inadvertently ingested methamphetamine, based upon the company he was keeping that evening.

Mr. Wilson advised he plays darts for leisure. However, this activity primary is conducted in bars and taverns. Mr. Wilson reported he will cease ingestion of alcohol immediately. He was urged to begin support group assistance. In the meantime, he will also terminate his involvement in dart games as this generally leads to his consumption of alcohol.

If Mr. Wilson is unable to cease alcohol ingestion, or any further violations occur, the probation office advised we will request the Court take further action.

Respectfully submitted,

by _____
Missy K. Kolbe
U.S. Probation Officer
Date: August 25, 2005

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

August 30, 2005
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer.

19   You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

Witness: _____   Signed: _____
           Missy K. Kolbe                              Brian Keith Wilson
           U.S. Probation Officer                      Probationer or Supervised Releasee

                       August 22, 2005
                           Date